# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-16325-MDC

TARIK DAWUD NASIR

1506-8 SEYBERT STREET

PHILADELPHIA, PA 19121

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TARIK DAWUD NASIR

    1506-8 SEYBERT STREET

    PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,* *

                                            /S/ William C. Miller

Date: 12/21/2017                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee