IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Tarik Dawud Nasir | : | CHAPTER 13 |
|  | : | BANKRUPTCY NO. 17-16325-mdc |
|  | : | HEARING DATE: January 17, 2018 |
| Debtor | : | AT 10:30 a.m. COURTROOM #2 |
|  | : | 2nd FLOOR 900 MARKET STREET |
|  | : | PHILADELPHIA, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**Gregory Seaton** (Movant) has filed a **Motion Requesting Relief from the Automatic Stay Of 11 U.S.C. §362** (the "Motion") seeking an Order allowing it to exercise any all legal rights and remedies with respect to the premises **1308 N. 15th Street, Philadelphia, PA 19121**.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **January 12, 2018** you or your attorney must do all of the following:

   (a) file an answer explaining your position at:
   Clerk United States Bankruptcy Court
   Robert N.C. Nix Building
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney at:

   Todd L. Baritz, Esquire

   100 South Broad Street
   Suite 1205
   Philadelphia, PA 19110
   215-557-8608

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Madeline C. Coleman, United States Bankruptcy Judge, on **January 17, 2018 at 10:30 a.m**. **in Courtroom 2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, second floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 22, 2017