United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16325-mdc
Tarik Dawud Nasir                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1        Date Rcvd: Jan 03, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db           +Tarik Dawud Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
             +Lesley Nasir,   1506-08 Seybert St.,   Phila., PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    BLB TRADING, LLC KMcDonald@blankrome.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PA PORTFOLIO INVESTORS, LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    BLB TRADING, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      TODD L. BARITZ    on behalf of  Gregory  Seaton tbaritz@baritzlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                               TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tarik Dawud Nasir<br>            Debtor | CHAPTER 13 |
| BLB TRADING, LLC<br>            Movant<br>vs. | NO. 17-16325 MDC |
| Tarik Dawud Nasir<br>            Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>            Trustee | |

## ORDER

AND NOW, this 2nd day of January, 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 1508 West Seybert Street, Philadelphia, PA 19121 ("Properties"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
                                                BJ.

Tarik Dawud Nasir
1506-08 Seybert Street
Philadelphia, PA 19121

Lesley Nasir
1506-08 Seybert Street
Philadelphia, PA 19121

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532