IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tarik Dawud Nasir

Debtor

: CHAPTER 13
: BANKRUPTCY NO. 17-16325-mdc
: HEARING DATE: January 17, 2018
: AT 10:30 a.m. COURTROOM #2
: 2nd FLOOR 900 MARKET STREET
: PHILADELPHIA, PA 19107

## ORDER

AND NOW, this __17th__ day of __January__, 2018, upon consideration of the Motion for Relief from the Automatic Stay of 11 U.S.C. §362 filed by **Gregory Seaton** and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED that** the automatic stay in the above-captioned bankruptcy case is hereby MODIFIED with respect to the property located at 1308 N. 15th Street, Philadelphia, PA 19121, as to allow the Movant to proceed in any competent forum to exercise any and all legal and equitable rights it has under any and all applicable laws under the loan document and for the property located at 1308 N. 15th Street, Philadelphia, PA 19121. ~~to recover possession of the premises~~

~~The relief granted in this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.~~

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen day period set forth in Bankruptcy Rule 4001 (a) (3)

BY THE COURT:

_Madeline D. C_
Honorable Madeline C. Coleman, U.S.B.J