```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-16325-mdc
Tarik Dawud Nasir                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Jan 19, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Tarik Dawud Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    BLB TRADING, LLC KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PA PORTFOLIO INVESTORS, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BLB TRADING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TODD L. BARITZ    on behalf of  Gregory  Seaton tbaritz@baritzlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tarik Dawud Nasir : CHAPTER 13
: BANKRUPTCY NO. 17-16325-mdc
Debtor : HEARING DATE: January 17, 2018
: AT 10:30 a.m. COURTROOM #2
: 2nd FLOOR 900 MARKET STREET
: PHILADELPHIA, PA 19107

## ORDER

AND NOW, this 17th day of January, 2018, upon consideration of the Motion for Relief from the Automatic Stay of 11 U.S.C. §362 filed by **Gregory Seaton** and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED that** the automatic stay in the above-captioned bankruptcy case is hereby MODIFIED with respect to the property located at 1308 N. 15th Street, Philadelphia, PA 19121, as to allow the Movant to proceed in any competent forum to exercise any and all legal and equitable rights it has under any and all applicable laws under the loan document and for the property located at 1308 N. 15th Street, Philadelphia, PA 19121. ~~to recover possession of the premises~~

~~The relief granted in this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.~~

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen day period set forth in Bankruptcy Rule 4001 (a) (3)

BY THE COURT:

_Madeline D. C_____
Honorable Madeline C. Coleman, U.S.B.J