United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16325-mdc
Tarik Dawud Nasir                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: jch              Page 1 of 1            Date Rcvd: Jan 23, 2018
                            Form ID: 175           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db            +Tarik Dawud Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
     KEVIN G. MCDONALD    on behalf of Creditor    BLB TRADING, LLC KMcDonald@blankrome.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PA PORTFOLIO INVESTORS, LLC bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    BLB TRADING, LLC tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     TODD L. BARITZ    on behalf of  Gregory  Seaton tbaritz@baritzlaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tarik Dawud Nasir
    Debtor(s)

Case No: 17−16325−mdc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay Second, Third & Final Installment in the total amount of $232.50.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 2/6/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 23, 2018

43
Form 175