United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tarik Dawud Nasir  
    Debtor

Case No. 17-16325-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 1   Date Rcvd: Jan 24, 2018  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.  
db          +Tarik Dawud Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    BLB TRADING, LLC KMcDonald@blankrome.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PA PORTFOLIO INVESTORS, LLC bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    BLB TRADING, LLC tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        TODD L. BARITZ    on behalf of    Gregory   Seaton tbaritz@baritzlaw.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tarik Dawud Nasir

Debtor

: CHAPTER 13
: BANKRUPTCY NO. 17-16325-mdc
: HEARING DATE: January 17, 2018
: AT 10:30 a.m. COURTROOM #2
: 2nd FLOOR 900 MARKET STREET
: PHILADELPHIA, PA 19107

### AMENDED ORDER

AND NOW, this **23rd** day of **January**, **2018**, upon consideration of the Motion for Relief from the Automatic Stay of 11 U.S.C. §362 filed by **Gregory Seaton** and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED that** the automatic stay in the above-captioned bankruptcy case is hereby MODIFIED with respect to the property located at 1308 N. 15th Street, Philadelphia, PA 19121, as to allow the Movant to proceed in any competent forum to exercise any and all legal and equitable rights it has under any and all applicable laws to recover possession of the premises located at 1308 N. 15th Street, Philadelphia, PA 19121.

The relief granted in this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen day period set forth in Bankruptcy Rule 4001 (a) (3)

BY THE COURT:

_____
Honorable Madeline D. Coleman, U.S.B.J