United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16325-mdc
Tarik Dawud Nasir                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1               Date Rcvd: Feb 02, 2018
                              Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db            +Tarik Dawud Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
NONE          +Gregory Seaton,    124 Miracle Strip Parkway,    Suite 605,    Fort Walton Beach, FL 32548-6661
13984529      +AARGON Agency Inc.,    3025 W. Sahara,    Las Vegas, NV 89102-6094
14022502       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                PO BOX 16408,   St. Paul, MN 55116-0408
13984531      +Pa Portfolio Investors LLC,    1900 Sunset Harbour Drive,    2nd Floor,
                Miami Beach  FL 33139-1400
13984527       Sears/CBNA,   PO Box 9001055,    Louisville, KY 40290-1055
13984528      +TRIDENT ASSET MANAGEMENT,    53 Perimeter Center East ste 440,    Atlanta Ga 30346-2287
13988346      +US Dept. of Education/MOHELA,    633 Spirit Dr.,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 03 2018 01:38:20     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2018 01:37:56      Pennsylvania Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2018 01:38:06      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 03 2018 01:41:12      Orion (VERIZON),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13984530       E-mail/Text: bankruptcy@phila.gov Feb 03 2018 01:38:20     City of Philadelphia,
                Revenue Department,    1401 John F. Kennedy Blvd,    Philadelphia Pa 19102
13984917      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 03 2018 01:41:27      Orion,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    BLB TRADING, LLC KMcDonald@blankrome.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PA PORTFOLIO INVESTORS, LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    BLB TRADING, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          TODD L. BARITZ    on behalf of  Gregory  Seaton tbaritz@baritzlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TARIK DAWUD NASIR                             Chapter 13

          Debtor           Bankruptcy No. 17-16325-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this \_\_\_1st\_\_\_ day of \_\_February\_\_ 201 5 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*  *  *
,

Debtor:
TARIK DAWUD NASIR

1506-8 SEYBERT STREET

PHILADELPHIA, PA 19121